# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK S. SOKOLSKY,<br><br>    Plaintiff,<br><br>    v.<br><br>W.T. VOSS, et al.,<br><br>    Defendants.<br>_____/ | CASE NO. 1:07-cv-00613-OWW-SMS PC<br><br>ORDER FINDING SERVICE OF SECOND AMENDED COMPLAINT APPROPRIATE, AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS<br><br>(Doc. 13) |

Plaintiff Mark S. Sokolsky ("Plaintiff") is a civil detainee proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on April 23, 2007. (Doc. 1.) Plaintiff filed the First Amended complaint on May 8, 2007. (Doc. 4.) The First Amended Complaint was screened and dismissed with leave to amend. (Doc. 12.) Subsequently, Plaintiff filed the Second Amended Complaint. (Doc. 13.) The Court screened Plaintiff's Second Amended Complaint pursuant to 28 U.S.C. § 1915A, and found that it states cognizable claims for relief under 42 U.S.C. § 1983 against Defendants W.T. Voss and Peter Bressler, M.D. for enacting, implementing, and/or enforcing policies and/or practices that amounted to deliberate indifference to his rights in violation of the Fourteenth Amendment. Fed. R. Civ. P. 8(a); Erickson v. Pardus, 551 U.S. 89 (2007); Alvarez v. Hill, 518 F.3d 1152, 1157-58 (9th Cir. 2008). Accordingly, it is HEREBY ORDERED that:

    1.    Service is appropriate for the following defendants:

            W.T. VOSS

1

| | | |
|---|---|---|
| 1 | | PETER BRESLER, M.D. |
| 2 | 2. | The Clerk of the Court shall send Plaintiff two (2) USM-285 forms, two (2) summonses, a Notice of Submission of Documents form, an instruction sheet and a copy of the Second Amended Complaint filed May 5, 2008. |
| 5 | 3. | Within **thirty (30) days** from the date of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents: |
| 8 | | a. Completed summons; |
| 9 | | b. One completed USM-285 form for each defendant listed above; and |
| 10 | | c. Three (3) copies of the endorsed Second Amended Complaint filed May 5, 2008. |
| 12 | 4. | Plaintiff need not attempt service on Defendants and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs. |
| 16 | 5. | <u>The failure to comply with this order will result in a recommendation that this action be dismissed</u>. |

IT IS SO ORDERED.

**Dated:   May 15, 2009**          /s/ Sandra M. Snyder
                               UNITED STATES MAGISTRATE JUDGE